

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 10, 2025

_____

Sallie B. Armstrong (NSBN 1243)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sarmstrong@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Plaintiffs*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GUARDIAN FUND, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br><br>☐ AFFECTS GUARDIAN CV1, LLC<br><br>☐ AFFECTS GUARDIAN CV2, LLC<br><br>☒ AFFECTS ALL DEBTORS<br><br>Debtors. | Case No. 23-50177-hlb<br>Case No.: 23-50233-hlb<br>**Consolidated Under Case No. BK-23-50177-hlb**<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>| 23-50951-hlb | Guardian CV1, LLC |<br>| 23-50952-hlb | Guardian CV2, LLC | |
| GUARDIAN FUND, LLC, a Nevada limited liability company, GUARDIAN CV1, LLC, a Delaware limited liability company, and GUARDIAN CV2, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>GREG HUGHES, an individual; KYLE KRCH, an individual; SANDRA KRCH, an individual; STEVE SIXBERRY, an individual; KRCH REALTY, LLC, a Nevada | Adversary No.: 25-05014-hlb<br><br><br><br>**ORDER APPROVING STIPULATION ADDRESSING PROCEDURAL ISSUES IN CONNECTION WITH ADVERSARY PROCEEDING NO. 25-05014-hlb AND EXTENDING DEADLINES IN CHAPTER 7 CASES**<br><br>Hearing Date: November 4, 2025<br>Hearing Time: 1:30 PM |

limited liability company; DOES 1-10 inclusive; and ROE ENTITIES 1-10 inclusive,

Defendants.

The Court having reviewed and considered the *Stipulation Addressing Procedural Issues In Connection With Adversary Proceeding No. 25-05014-hlb And Extending Deadlines In Chapter 7 Cases* ("Stipulation") entered into by and between Guardian Fund, LLC, Guardian CV1, LLC, and Guardian CV2, LLC, Greg Hughes, Steve Sixberry, Kyle Krch, Sandra Krch, and Krch Realty, LLC, and good cause appearing for approval therefor,

**IT IS HEREBY ORDERED** as follows:[1]

1.      The Stipulation attached  hereto as Exhibit 1 is APPROVED in its entirety.

2.      The deadline for Guardian Fund, and only Guardian Fund, to file non-dischargeability/discharge actions in the Hughes Chapter 7 Case is the first business day which is forty-five (45) days  after the conclusion of the Guardian Fund/Hughes/Sixberry Settlement Conference if the Guardian Fund/Hughes/Sixberry Settlement Conference is not successful.

3.      The deadline for Guardian Fund, and only Guardian Fund, to file non-dischargeability/discharge actions in the in the Krch Chapter 7 Case is  the first business day which is forty-five  (45) days after the conclusion of the Krch Settlement Conference if the Krch Settlement Conference is not successful.

**IT IS SO ORDERED.**

Prepared and Submitted By:

McDONALD CARANO LLP

By: */s/ Sallie B. Armstrong*
Sallie B. Armstrong (NSBN 1243)
John A. Fortin (NSBN 15221)

*Attorneys for Plaintiffs*

---

[1] Unless otherwise set forth herein, all defined terms shall have the same meaning ascribed to them in the Stipulation.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Sallie B. Armstrong (NSBN 1243)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sarmstrong@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GUARDIAN FUND, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br><br>☐ AFFECTS GUARDIAN CV1, LLC<br><br>☐ AFFECTS GUARDIAN CV2, LLC<br><br>☒ AFFECTS ALL DEBTORS<br><br>Debtors. | Case No. 23-50177-hlb<br>Case No.: 23-50233-hlb<br>**Consolidated Under Case No. BK-23-50177-hlb**<br><br>Chapter 11<br><br>Jointly Administered with: |

| 23-50951-hlb | Guardian CV1, LLC |
|---|---|
| 23-50952-hlb | Guardian CV2, LLC |

| | |
|---|---|
| GUARDIAN FUND, LLC, a Nevada limited liability company, GUARDIAN CV1, LLC, a Delaware limited liability company, and GUARDIAN CV2, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>GREG HUGHES, an individual; KYLE KRCH, an individual; SANDRA KRCH, an individual; STEVE SIXBERRY, an individual; KRCH REALTY, LLC, a Nevada limited liability company; DOES 1-10 inclusive; and ROE ENTITIES 1-10 inclusive,<br><br>Defendants. | Adversary No.: 25-05014-hlb<br><br>**STIPULATION ADDRESSING PROCEDURAL ISSUES IN CONNECTION WITH ADVERSARY PROCEEDING NO. 25-05014-hlb AND EXTENDING DEADLINES IN CHAPTER 7 CASES**<br><br>Hearing Date: November 4, 2025<br>Hearing Time: 1:30 PM |

Guardian Fund, LLC, Guardian CV1, LLC, and Guardian CV2, LLC (collectively, "Guardian Fund"), by and through their attorneys, McDonald Carano, LLP, Greg Hughes ("Mr. Hughes") and Steve Sixberry ("Mr. Sixberry"), by and through their attorneys, Greenberg Traurig, LLP, and Kyle Krch, Sandra Krch, and Krch Realty, LLC (collectively, the "Krches"), by and through their attorneys, Mushkin & Coppedge, hereby acknowledge and agree as follows:

1. Adversary Proceeding No. 25-05014 ("Adversary Proceeding") has been stayed since August 13, 2025, when Defendant Mr. Hughes and his wife ("Hughes") filed a petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court, District of Nevada, Case No.: 25-50739-hlb (the "Hughes Chapter 7 Case").

2. Thereafter, on September 8, 2025, the Krches also filed a petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court, District of Nevada,, Case No. 25-50821 (the "Krch Chapter 7 Case").[1]

3. Mr. Hughes and the Krches have been advised that Guardian Fund intends to file complaints under 11 U.S.C. § 523 objecting to the dischargeability of the debts due them. The current deadline to file a complaint objecting to dischargeability and/or to object to the Hughes' discharge  is November 10, 2025; the current deadline to file a complaint objecting to dischargeability and/or to object to the Krches' discharge is December 8, 2025.

4. The Parties have agreed to participate in two separate settlement conferences on the terms set forth below in order to try and resolve their differences prior to further litigation.

NOW, THERFORE, the Parties stipulate as follows:

1. Except as set forth in Paragraph 7 below, the stay in the Adversary Proceeding will remain in effect.

/ / /

---

[1] Guardian Fund, the Hughes, and the Krches are referred to herein as the "Parties."

2. Subject to extending the deadline for the filing of the non-dischargeability/discharge actions in the Hughes Chapter 7 Case as set forth in Paragraph 3 below, Guardian Fund and Mr. Hughes will participate in a settlement conference. The settlement conference will include defendant Mr. Steve Sixberry (the "Guardian Fund/Hughes/Sixberry Settlement Conference").

3. Guardian Fund and Mr. Hughes hereby stipulate to extend the deadline for filing non-dischargeability/discharge actions in the Hughes Chapter 7 Case to the first business day which is forty-five (45) days after the conclusion of the Guardian Fund/Hughes/Sixberry Settlement Conference if the Guardian Fund/Hughes/Sixberry Settlement Conference is not successful.

4. Subject to extending the deadline for the filing of the non-dischargeability/discharge actions in the Krch Chapter 7 Case as set forth in Paragraph 5 below, Guardian Fund and the Krches will participate in a settlement conference to be conducted separately from the Guardian Fund/Hughes/Sixberry Settlement Conference ("Krch Settlement Conference"). The Krch Settlement Conference will be scheduled after the December 19, 2025 settlement conference between the Trustee in the Krch Chapter 7 Case and the Krches [Krch Chapter 7 Case, ECF No. 55].

5. Guardian Fund and the Krches hereby stipulate to extend the deadline for filing non-dischargeability/discharge actions in the Krch Chapter 7 Case to the first business day which is forty-five (45) days after the conclusion of the Krch Settlement Conference if the Krch Settlement Conference is not successful.

6. Guardian Fund will finalize its opposition to the *Motion to Dismiss By Greg Hughes and Steve Sixberry* [Adversary Proceeding ECF No. 8] and the *Joinder* to the *Motion to Dismiss By Greg Hughes and Steve Sixberry* filed by the Krches at a time to be agreed upon prior to the first settlement conference which is scheduled ("Opposition").

7. The stay of 11 U.S.C. § 362 is hereby lifted for the limited purpose of allowing Guardian Fund's Opposition and any related papers to be filed with the United States Bankruptcy Court for the District of Nevada.

8. In the event non-dischargeability/discharge actions need to be filed in either the Hughes Chapter 7 Case or the Krch Chapter 7 Case, the Parties agree that the non-

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

dischargeability/discharge actions will be consolidated with the Adversary Proceeding, and stipulations to that effect will be lodged at the appropriate time.

9.     Guardian Fund is authorized to upload for the Court's signature a copy of the proposed order attached hereto as Exhibit 1.

DATED this 7th day of November, 2025.

GREENBERG TRAURIG, LLP

By: /s/ Jason Hicks
Mark Ferrario, Esq. (NSBN 1625)
Jason Hicks, Esq. (NSBN 13149)
Madeleine Coles, Esq. (NSBN 16216)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com
jason.hicks@gtlaw.com
madeleine.coles@gtlaw.com

*Attorneys for Greg Hughes and Steve Sixberry*

DATED this 7th day of November, 2025.

McDONALD CARANO LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong (NSBN 1243)
John A. Fortin (NSBN 15221)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sarmstrong@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Plaintiffs*

DATED this 7th day of November, 2025.

MUSHKIN & COPPEDGE

By: /s/ Joe Coppedge
Michael R. Mushkin, Esq. (NSBN 2421)
L. Joe Coppedge, Esq. (NSBN 4954)
6070 South Eastern Ave Ste 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
Michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Kyle Krch, Sandra Krch & Krch Realty, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

4

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP and that on November 7, 2025, I caused to be served the foregoing document on the following parties through the Court's CM/ECF electronic mail system at the address(es) listed below:

JASON HICKS
jason.hicks@gtlaw.com, rosehilla@gtlaw.com; jason-hicks-7754@ecf.pacerpro.com; escobargaddie@gtlaw.com

MICHAEL R MUSHKIN
michael@mccnvlaw.com, jcoppedge@mccnvlaw.com; kfoley@mccnvlaw.com; clopez@mccnvlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of November, 2025.

/s/ Misti Hale
Misti Hale

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

# EXHIBIT 1

Sallie B. Armstrong (NSBN 1243)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
sarmstrong@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Plaintiffs*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GUARDIAN FUND, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br><br>☐ AFFECTS GUARDIAN CV1, LLC<br><br>☐ AFFECTS GUARDIAN CV2, LLC<br><br>☒ AFFECTS ALL DEBTORS<br><br>　　　　Debtors. | Case No. 23-50177-hlb<br>Case No.: 23-50233-hlb<br>**Consolidated Under Case No. BK-23-50177-hlb**<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>23-50951-hlb \| Guardian CV1, LLC<br>23-50952-hlb \| Guardian CV2, LLC |
| GUARDIAN FUND, LLC, a Nevada limited liability company, GUARDIAN CV1, LLC, a Delaware limited liability company, and GUARDIAN CV2, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GREG HUGHES, an individual; KYLE KRCH, an individual; SANDRA KRCH, an individual; STEVE SIXBERRY, an individual; KRCH REALTY, LLC, a Nevada | Adversary No.: 25-05014-hlb<br><br><br>**ORDER APPROVING STIPULATION ADDRESSING PROCEDURAL ISSUES IN CONNECTION WITH ADVERSARY PROCEEDING NO. 25-05014-hlb AND EXTENDING DEADLINES IN CHAPTER 7 CASES**<br><br>Hearing Date: November 4, 2025<br>Hearing Time: 1:30 PM |

limited liability company; DOES 1-10 inclusive; and ROE ENTITIES 1-10 inclusive,

Defendants.

The Court having reviewed and considered the *Stipulation Addressing Procedural Issues In Connection With Adversary Proceeding No. 25-05014-hlb And Extending Deadlines In Chapter 7 Cases* ("Stipulation") entered into by and between Guardian Fund, LLC, Guardian CV1, LLC, and Guardian CV2, LLC, Greg Hughes, Steve Sixberry, Kyle Krch, Sandra Krch, and Krch Realty, LLC, and good cause appearing for approval therefor,

**IT IS HEREBY ORDERED** as follows:[1]

1. The Stipulation attached hereto as Exhibit 1 is APPROVED in its entirety.

2. The deadline for Guardian Fund, and only Guardian Fund, to file non-dischargeability/discharge actions in the Hughes Chapter 7 Case is the first business day which is forty-five (45) days after the conclusion of the Guardian Fund/Hughes/Sixberry Settlement Conference if the Guardian Fund/Hughes/Sixberry Settlement Conference is not successful.

3. The deadline for Guardian Fund, and only Guardian Fund, to file non-dischargeability/discharge actions in the in the Krch Chapter 7 Case is the first business day which is forty-five (45) days after the conclusion of the Krch Settlement Conference if the Krch Settlement Conference is not successful.

**IT IS SO ORDERED.**

Prepared and Submitted By:

McDONALD CARANO LLP

By: */s/ Sallie B. Armstrong*
Sallie B. Armstrong (NSBN 1243)
John A. Fortin (NSBN 15221)

*Attorneys for Plaintiffs*

---

[1] Unless otherwise set forth herein, all defined terms shall have the same meaning ascribed to them in the Stipulation.

2